IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS MONTEZ SPANGLER,   )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>NURSE Q. HILL and NURSE   )<br>JACKSON,                      )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:18cv752-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that the defendant nurses refused to record or treat his injuries in an effort to cover up an assault and that they verbally abused him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of April, 2020.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**